IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                       CASE NO. 5:09cv359/RS-MD

EVELYN JOHNSTON,
BLAINE JOHNSTON, and
ABACO EXECUTIVE SERVICES,
INC.,

    **Defendants.**
_____/

## **ORDER**

In light of the order denying Defendants' motion to set aside the civil contempt order (Doc. 87), payment of the civil contempt fine is no longer deferred. Defendants shall pay in full to the Court the $21,000 civil contempt fine not later than July 23, 2010, at 4:30 P.M. C.S.T.

**ORDERED** on July 9, 2010.

                              **/s/ Richard Smoak**
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**